UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>                            Plaintiff,<br><br>        v.<br><br>COASTLINE FOOD SERVICES CORPORATION, D.B.A. WENDY'S #24,<br><br>                            Defendant. | Civil No.   07-CV-0547 BEN (CAB)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

On July 5, 2007, the parties requested a continuance of the current dismissal calendar to complete the settlement-related documents. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **August 6, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Roger T. Benitez, shall be e-mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before August 6, 2007, then a Settlement Disposition Conference shall be held on **August 7, 2007**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

<u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before August 6, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

4. All corresponding dates are VACATED.

**IT IS SO ORDERED.**

DATED: July 5, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge