SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

FILED
07 JUL 27 AM 9:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diane Cross,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Coastline Foods Services Corporation dba Wendy's #24, et al.,<br><br>　　　Defendants. | Case No. 07cv0547 BEN (CAB)<br><br>**Order re: Joint Motion for Dismissal** |

## ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing Stipulation and good cause appearing, the Court GRANTS the Stipulation and dismisses the above-captioned action **WITH PREJUDICE**.

Dated: 7/26/07

_____
Honorable Roger T. Benitez
United States District Judge

Cross v. Coastline Foods Services Corporation, et al., Case No. 07cv0547 BEN (CAB)
Proposed Order Re: Joint Motion for Dismissal